Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio




## MEMORANDUM OPINION

No. 04-11-00919-CV

June **SEYMORE**,
Appellant

v.

James **SEYMORE**,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 11-05-0534-CVA
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
           Rebecca Simmons, Justice
           Steven C. Hilbig, Justice

Delivered and Filed:  May 9, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). Costs of the appeal are taxed against the party who incurred them.

PER CURIAM